**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-6734

UNITED STATES OF AMERICA,

            Plaintiff - Appellee,

      v.

DON B. ANDERSON,

            Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  James C. Cacheris, Senior District Judge.  (1:83-cr—00159-JCC-1)

Submitted:  September 26, 2013        Decided:  September 30, 2013

Before SHEDD, DUNCAN, and WYNN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Don Benny Anderson, Appellant Pro Se.  Morris Rudolph Parker, Jr., Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Don Benny Anderson appeals the district court's order denying his motion to reconsider the denial of his motion for entry of a final judgment pursuant to Fed. R. Civ. P. 54(b) in his action in which he sought a declaratory judgment to invalidate his state and federal convictions. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>DISMISSED</u>

2